# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY RAY VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cv-02821 |
| ) | CHIEF JUDGE CRENSHAW |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 22), recommending that the Court affirm the final decision of the Commissioner. Plaintiff did not file timely objections. After a de novo review of the record, the Court agrees that the Administrative Law Judge applied the correct legal standards and substantial evidence supports the final decision of the Commissioner. Blakley v. Comm'r of Soc. Sec., 581 F.3d 399, 405-06 (6th Cir. 2009) (citing Key v. Callahan, 109 F.3d 270, 273 (6th Cir. 1997)). The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Judgment on the Record is **DENIED**, and the final decision of the Commissioner is **AFFIRMED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE